UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

Date: February 10, 2016
Present: **Magistrate Judge Kathleen Kay**
Minute Clerk: **Lisa LaCombe**
Court Reporter: LCR - Courtroom 3

Court Opened: 10:48 AM
Court Adjourned: 11:18 AM
Statistical Time: 30 mins.

## MINUTES OF COURT  COMPETENCY HEARING

**Check those that apply:**

| | |
|---|---|
| **Case Number: 2:14-cr-00228** | _X_ Defendant in custody |
| Magistrate Number: | ___ Conditions of Release Signed (AO199) |
| USA Attorney: Jamilla A Bynog | ___ Bond set at **$** |
| Defendant: **JAMES ARTHUR RUSSELL** | ___ Appearance bond signed (AO98) |
| Defendant's Attorney: Cristie Gibbens | ___ Bond not made, remanded to custody |
| ( )CJA   (X )FPD   ( ) Retained   ( ) Waived | ___ Failed to Appear |
| Interpreter: | ___ Agent Testified, _____ |

*************************************************************************

**COMMENTS:** This matter was called for a Competency Hearing to determine if the Defendant is competent to stand trial.  The Court ordered that the Psychological Evaluation Rec. Doc. [36] filed January 6, 2016 from the Bureau of Prisons, Federal Correctional Institute Fort Worth, Texas, be filed under seal.  The Government and Defense Counsel stipulated to the report, and agreed to present no evidence.  The Court adopted the Report and finds that the Defendant is competent to stand trial.

Oral motion by Defendant's attorney, Cristie Gibbens, for the Court to question the Defendant regarding continued representation by Ms. Gibbens.  The motion was Granted.  AUSA Byong exited the courtroom.  The Court questioned the Defendant and ordered that Ms. Gibbens remain as counsel of record.

Jury Trial is set for **April 4, 2016 at 10:00 AM** before Judge Patricia Minaldi in Lake Charles, LA.