# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 2:14cr00228-01 |
| VERSUS | JUDGE PATRICIA MINALDI |
| JAMES ARTHUR RUSSELL | MAG. JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge(Rec. Doc. 45)   previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, , including consideration of the Notice of Insanity Defense (Rec. Doc. 46), the Government's Response (Rec. Doc. 47), and the Minutes of the Status Conference (Rec. Doc. 49), having determined that the findings are correct under applicable law; it is

ORDERED that the recommendation of the Magistrate Judge is AFFIRMED and the defendant, James Arthur Russell, is competent to understand the nature and consequences of the proceedings against him and properly able to assist in his defense.

Lake Charles, Louisiana, this ____ day of ____, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE