

RECEIVED
IN LAKE CHARLES, LA
JUN 0 9 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:14 CR 00228-01 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JAMES ARTHUR RUSSELL | : | MAGISTRATE JUDGE KAY |

JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, James Arthur Russell, is ACCEPTED and that James Arthur Russell is adjudicated guilty of the offense charged in Count One of the Bill of Information.

Sentencing shall be held on the July 28, 2106, at 11:00 AM before the undersigned.

Lake Charles, Louisiana, this ___7___ day of June, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 61 issued March 31, 2016.